## ANTHONY CARTER *v.* COMMISSIONER OF CORRECTION

The petitioner Anthony Carter's petition for certification for appeal from the Appellate Court, 131 Conn. App. 905 (AC 32035), is denied.

*Anthony Carter,* pro se, in support of the petition.

*Margaret Gaffney Radionovas*, senior assistant state's attorney, in opposition.